PARK TERRACE GARDENS, INC. v. BOROUGH
OF HASBROUCK HEIGHTS.

July 8, 1980.

Petition for certification denied.

UNIGARD INSURANCE COMPANY v. JAMES J. SHEERAN,
COMMISSIONER OF INSURANCE OF THE STATE
OF NEW JERSEY.

July 8, 1980.

Petition for certification denied.

GOVERNMENT EMPLOYEES INSURANCE COMPANY (GEICO) v.
JAMES J. SHEERAN, COMMISSIONER OF INSURANCE OF
THE STATE OF NEW JERSEY.

July 8, 1980.

Petition for certification denied.

RAYMOND ROMAN v. NEW JERSEY MANUFACTURERS
INSURANCE CO.

July 8, 1980.

Petition for certification denied.